IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TONY M. RUIZ**                                                                              **PLAINTIFF**

v.                      Case No: 4:21-cv-00438 BRW

**CLAUDIA HARRIS,** *et al.*                                      **DEFENDANTS**

## ORDER

On May 24, 2021, United States Magistrate Judge Patricia Harris entered an order directing Mr. Tony Ruiz to file an amended complaint within 30 days.[1] On May 26, 2021, Judge Harris entered an order informing Mr. Ruiz that he must file an application to proceed *in forma pauperis* ("IFP") that reflects his free-world financial status or pay the full filing and administrative fees within 30 days.[2] Mr. Ruiz was warned that his complaint may be dismissed if he did not comply with either order. It has been over 30 days since Mr. Ruiz was directed to file an amended complaint and a free-world IFP application or pay the full filing and administrative fees, and he has not done so. Accordingly, this case is DISMISSED without prejudice for failure to comply with Local Rule 5.5(c)(2), failure to respond to court orders, and for failure to prosecute.[3]

IT IS SO ORDERED this 30th day of June, 2021.

                                                    Billy Roy Wilson
                                                    UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 4.

[2] Doc. No. 6.

[3] *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (District courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).