**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**TONY M. RUIZ**                                                                                  **PLAINTIFF**

**v.**                                                      **Case No: 4:21-cv-00438 BRW**

**CLAUDIA HARRIS,** *et al.*                                                        **DEFENDANTS**

## JUDGMENT

Consistent with the order filed today, judgment is entered dismissing this case without prejudice.

IT IS SO ORDERED this 30th day of June, 2021.


Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE